IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ELBERT MULDROW                                                                                         PLAINTIFF

v.                                    Civil No. 4:07-cv-4062

RUSTY GREEN                                                                                            DEFENDANT

## JUDGMENT

For the reasons stated in the memorandum opinion of this date, I find the Defendant's Motion to Dismiss (Doc. No. 31) should be and hereby is granted. This case is dismissed with prejudice.

**IT IS SO ORDERED** this **2nd day of June 2008.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE